### 7605.　JACKSON *v.* THE STATE.

HODGES, J.　1.　On the trial of a woman charged with assault with intent
to murder, testimony of the person assaulted, to the effect that at a
time several weeks before the assault the accused had a quarrel with
her over her husband, was not inadmissible on the grounds that it re-
lated to a transaction too remote from the time of the commission of
the alleged crime, and that it was an attack on the character of the
accused. Such testimony was admissible as tending to show the animus
and motive of the accused in the assault for which she was being tried.

2. The verdict was not contrary to the evidence.　　*Judgment affirmed.*
DECIDED OCTOBER 18, 1916.

Indictment for assault with intent to murder; from Jasper superior court—Judge Park. May 26, 1916.

*A. S. Thurman,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.